AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

RAYMOND L. BRUTON,
Plaintiff
V.
CIVIGENICS, et. al.
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06-736

I, RAYMOND L. BRUTON _____ declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant    [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

DEC 04 2006

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration H.R.Y.C.I.,

   **Inmate Identification Number (Required):** SBI#069025

   Are you employed at the institution? __X__ Do you receive any payment from the institution? __no__

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    [ ] Yes    [X] No

   a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [ ] | [X] |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☑ Yes   ☐ No

   If "Yes" describe the property and state its value.   I have a home Located at 2718 N. Van buren St. 19802

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

I declare under penalty of perjury that the above information is true and correct.

11/28/06
DATE

Raymond L. Bruton
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON DE 19801
(BUSINESS ADDRESS)

# Memorandum

To:     Raymond Bruton – Pod 2Q

From:   Ms. Hill (Business Office)

Date:   November 27, 2006

Re:     Response to your letter.

---

Mr. Bruton,

Please provide your SBI# on **ALL** letters sent to the Business Office. Here is your resident account history per your request.

06-736



```
RESIDENT HISTORY REPORT                                              Page 1 of 1

HRYCI
11/27/06 12:52
ST 007 / OPR JMH

SBI                 :  069025
Resident Name       :  BRUTON, RAYMOND
Time Frame          :  06/05/2006 13:29 - 11/27/2006 12:52

------------------------------------------------------------------------------
Date        Time   Type              ST   OPR   Receipt #       Amount   Balance
------------------------------------------------------------------------------

06/05/2006  13:29  Add                4   SEA   D48889           70.00     70.10
06/12/2006  14:43  Rec Payment       10   bsp   J3814             0.75     69.35
06/13/2006  08:16  Order              2   DDT   B119336          45.43     23.92
06/14/2006  14:47  Rec Payment       10   bsp   J3884             0.23     23.69
06/20/2006  08:36  Order              2   DDT   B120316           3.14     20.55
06/21/2006  11:38  Add                4   SEA   D49924           80.00    100.55
06/27/2006  10:43  Order              2   DDT   B121394          48.24     52.31
06/28/2006  08:51  Credit             3   WLH   C13011            0.91     53.22
06/28/2006  15:24  Rec Payment       10   bsp   J4014             1.25     51.97
07/04/2006  08:49  Order              2   DDT   B122384          22.87     29.10
07/11/2006  13:41  Order              2   IAK   B123741           3.90     25.20
07/20/2006  06:05  Order              2   DDT   B124813           2.82     22.38
07/27/2006  09:17  Rec Payment        7   jmh   G10687            4.00     18.38
08/08/2006  13:32  Order              2   WLH   B127672           5.61     12.77
08/08/2006  13:56  Order              2   WLH   B127709          10.16      2.61
08/15/2006  13:31  Order              2   DDT   B128708           2.57      0.04
08/31/2006  12:14  Add                4   SED   D53766           25.00     25.04
09/01/2006  11:26  Order              2   WLH   B131035          19.08      5.96
09/07/2006  11:10  Add                8   bsf   H24006          100.00    105.96
09/08/2006  11:03  Order              2   WLH   B131906          40.64     65.32
09/12/2006  10:01  Order              2   WLH   B132347          56.12      9.20
09/13/2006  13:11  Credit             3   WLH   C14603            3.78     12.98
09/19/2006  05:49  Order              2   WLH   B133287           9.75      3.23
10/04/2006  05:47  Order              2   DDT   B135556           3.23      0.00
10/14/2006  09:10  Add                8   elj   H24992          200.00    200.00
10/16/2006  10:04  Order              2   DDT   B137168         158.86     41.14
10/16/2006  12:47  Credit             3   WLH   C15531           99.00    140.14
10/16/2006  12:54  Credit             3   WLH   C15535            6.58    146.72
10/23/2006  08:16  Order              2   DDT   B138286          32.79    113.93
10/26/2006  11:31  Add                4   SED   D57101           50.00    163.93
10/30/2006  13:04  Order              3   WLH   C15896           51.34    112.59
11/06/2006  06:51  Order              2   WLH   B140212          11.82    100.77
11/09/2006  11:39  Add                4   SED   D57962          237.00    337.77
11/13/2006  07:04  Order              2   WLH   B141300          48.61    289.16
11/14/2006  14:20  Add                4   SED   D58192           25.00    314.16
11/16/2006  08:36  Order              2   WLH   B142090         237.00     77.16
11/20/2006  05:54  Order              2   WLH   B142304          25.37     51.79
11/27/2006  10:49  Order              2   WLH   B143481          31.51     20.28
```