# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND L. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-736- SLR |
| | ) | |
| v. | ) | |
| | ) | |
| RUSSELL D. BUSKIRK, | ) | TRIAL BY JURY |
| CMS MEDICAL DIVISION, | ) | OF SIX DEMANDED |
| DIRECTOR JAY SYLVESTER, | ) | |
| WARDEN RAPHAEL WILLIAMS and | ) | |
| COMMISSIONER STANLEY W. | ) | |
| TAYLOR, JR., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Carla P. Maresca, Esquire to represent Defendant, Director Jay Sylvester in this matter.

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Rochelle L. Gumapac, Esquire*
Rochelle L. Gumapac, Esquire
Delaware State Bar I.D. No. 4866
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant Sylvester

Dated: June 13, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____     _____
                                    The Honorable Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND L. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-736- SLR |
| | ) | |
| v. | ) | |
| | ) | |
| RUSSELL D. BUSKIRK, | ) | TRIAL BY JURY |
| CMS MEDICAL DIVISION, | ) | OF SIX DEMANDED |
| DIRECTOR JAY SYLVESTER, | ) | |
| WARDEN RAPHAEL WILLIAMS and | ) | |
| COMMISSIONER STANLEY W. | ) | |
| TAYLOR, JR., | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify on this 13th day of June, 2007 that two true and correct copies of the Motion and Order for Admission *Pro Hac Vice* have been served electronically and/or by first class mail, postage prepaid, upon the following:

    Raymond L. Bruton
    SBI #069025
    Howard R. Young Correctional Facility
    1301 East 12th Street
    P.O. Box 9561
    Wilmington, DE 19809

    REGER RIZZO KAVULICH & DARNALL LLP


    */s/ Rochelle L. Gumapac, Esquire*
    Rochelle L. Gumapac, Esquire
    Delaware State Bar I.D. No. 4866
    1001 Jefferson Plaza, Suite 202
    Wilmington, DE 19801
    (302) 652-3611
    Attorney for Defendant Sylvester

Dated:  June 13, 2007

| | |
|---|---|
| RAYMOND L. BRUTON, | ) |
| Plaintiff, | ) C.A. No.: 06-736- SLR |
| v. | ) |
| RUSSELL D. BUSKIRK, CMS MEDICAL DIVISION, DIRECTOR JAY SYLVESTER, WARDEN RAPHAEL WILLIAMS and COMMISSIONER STANLEY W. TAYLOR, JR., | ) TRIAL BY JURY OF SIX DEMANDED |
| Defendants. | ) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's local rules.

DEASEY, MAHONEY & BENDER, LTD

Dated: 6/13/07

CARLA P. MARESCA, ESQUIRE
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103
(215-587-9400