IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND L. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-736- SLR |
| | ) | |
| v. | ) | |
| | ) | |
| DIRECTOR JAY SYLVESTER, et al. | ) | TRIAL BY JURY |
| | ) | OF SIX DEMANDED |
| Defendant. | ) | |

**DEFENDANT JAY SYLVESTER'S**
**MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)**

Defendant, Jay Sylvester, by and through his undersigned counsel hereby files this Motion to Dismiss and in support thereof avers as follows:

1. Pro Se inmate Plaintiff Bruton filed the instant complaint on December 4, 2006 setting forth claims of purported violations of his civil rights while incarcerated at the Howard R. Young Correctional Institution. A true and correct copy of Plaintiff's Complaint is attached hereto marked Exhibit "A".

2. Following the Court's review of Plaintiff's Complaint, on April 11, 2007, the Court issued a Memorandum Order dismissing all claims against all defendants, except Jay Sylvester, the Moving Defendant herein.

3. A review of Plaintiff's Complaint appears to make claims against Defendant Sylvester, the Director of the Key Program, but only referencing Mr. Sylvester once in his Complaint – for the proposition that Mr. Sylvester 'blamed' the Department of Corrections for the exercise schedule. Even taking a liberal view of the pro se complaint, there does not appear to be any other specific allegations against Mr. Sylvester. See, Complaint as Exhibit

"A".

4. As interpreted by Defendants, Plaintiff appears to make claims for purported violations of his Eighth and Fourteenth Amendment Rights. See, Complaint as Exhibit "A".

5. Plaintiff's alleged claims for purported violations of his Eighth Amendment Rights stem from a lack of exercise, leading to adverse effects upon his health and medical condition. Accordingly, Defendant will address both the purported lack of exercise and deliberate indifference to his medical needs.

6. Based upon the facts as alleged in Plaintiff's Complaint, his claims are insufficient to support an Eighth Amendment Violation for lack of exercise, and therefore, his claims should be dismissed, as a matter of law.

7. Based upon the facts as alleged in Plaintiff's Complaint, his claims are insufficient to support an Eighth Amendment Violation for deliberate indifference to medical needs, and therefore, his claims should be dismissed, as a matter of law.

8. Plaintiff has failed to set forth sufficient facts to support purported violations of his Fourteenth Amendment Rights, for either a substantive or procedural due process claim. Accordingly, Plaintiff's claims should be dismissed, as matter of law.

9. In order to bring a claim for purported civil rights violations, a prisoner must first exhaust all administrative remedies, including appeals thereof, before bringing a claim.

10. Plaintiff failed to exhaust his administrative remedies, and therefore, his claims must be dismissed, as a matter of law.

11. Plaintiff's claims against Defendant Sylvester in his supervisory capacity fail, as a matter of law.

WHEREFORE, Defendant Jay Sylvester requests that Plaintiff's Complaint be dismissed, as a matter of law.

                                    Reger Rizzo Kavulich & Darnall LLP

By:    */s/ Rochelle Libid Gumapac*
       Rochelle Libid Gumapac, Esquire
       Bar I.D. No. 4866
       Suite 202
       1001 Jefferson Street
       Wilmington, DE 19801
       (302) 652-3611 (phone)
       (302) 652-3620 (fax)
       rgumapac@rrkdlaw.com
       Attorneys for Defendant,
       Jay Sylvester

Dated: June 15, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND L. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-736- SLR |
| | ) | |
| v. | ) | |
| | ) | |
| DIRECTOR JAY SYLVESTER, et al. | ) | TRIAL BY JURY |
| | ) | OF SIX DEMANDED |
| Defendant. | ) | |

ORDER

AND NOW, this ____ day of _____, 2007, upon consideration of Defendant Sylvester's Motion to Dismiss and Plaintiff's response thereto, if any, it is hereby ORDERED and DECREED that said Motion is GRANTED and Plaintiff's Complaint is dismissed, with prejudice.

By The Court:

_____
J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND L. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-736- SLR |
| | ) | |
| v. | ) | |
| | ) | |
| DIRECTOR JAY SYLVESTER, et al. | ) | TRIAL BY JURY |
| | ) | OF SIX DEMANDED |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Rochelle Gumapac, Esquire hereby certify that on the 15th day of June 2007 a true and correct copy of Defendant Sylvester's Motion to Dismiss was electronically filed and served via first class mail, postage prepaid, upon:

Raymond L. Bruton
SBI #069025
Unit 2-Q-21
H.R.Y.C.I.
PO Box 9561
Wilmington, DE 19809

    Reger Rizzo Kavulich & Darnall LLP

    By:    */s/ Rochelle Libid Gumapac*
           Rochelle Libid Gumapac, Esquire
           Bar I.D. No. 4866
           Suite 202
           1001 Jefferson Street
           Wilmington, DE 19801
           (302) 652-3611 (phone)
           (302) 652-3620 (fax)
           rgumapac@rrkdlaw.com
           Attorneys for Defendant
           Jay Sylvester

EXHIBIT "A"




(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) <u>Raymond L. Bruton, SBI#069025</u>
(Name of Plaintiff)      (Inmate Number)

<u>H.R.Y.C.I., P.O. Box 9561, WILM. DE</u>
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)      (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) <u>Russel D. Buskirk</u>

(2) <u>CivGenics</u>

(3) <u>CSM Medical Division</u>
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

0 6 - 7 3 6
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

☒ Jury Trial Requested
X

DEC 0 4 2006

RG

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

<u>Civ. NO 00cv-01032, JJF, 2000, December</u>

_____

_____

_____

_____

302 577 3266    Public Defenders Office                    07:34:02   05-03-2007    6/25

## Addictional Defendants

Director Jay Sylvester
CiviGenics Key Program (N)
H.R.Y.C.I.
PO Box 9561
Wilmington, DE 19809


Warden Raphael Williams
H.R.Y.C.I., POBox 9561
Wilmington, DE 19809

Mr. Stanely W. Taylor Jr.
Commissioner of Prison
245 Mckee Road
Dover, DE 19904

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☒ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? I talk to my Counselors in the Key Program, wrote Grievances to Sgt. Moody,

2. What was the result? Nothing was done by anyone:

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Russel D. Buskirk

Employed as CSMigenics- DE State Office

Mailing address with zip code: 300 Water Street, Dover DE, 19904


(2) Name of second defendant: James Inciadi,

Employed as CSM Medical Division at University of Delaware

Mailing address with zip code: H.R.Y.C.I., P.O. Box 9561, Wilm. DE 19809

(3) Name of third defendant: Warden Rapael Williams

Employed as Warden at H.R.Y.C.I., P.O. Box 95

Mailing address with zip code: 61, Wilmington, DE 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. SEE Attach Statement of Facts:

2. SEE Attached Statement of Facts:

3. SEE Attached Statement of Facts:

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Plaintiff respectfully request of the Court to be compensated and request puntive damages against the defendants for their willful violation of Plaintiff rights to have exercise and the right to breathe fresh air which denied Petitioners his 14 Amendment and under his Eight Amendment created cruel

3

302 577 3266   Public Defenders Office                    07:35:30   05-03-2007   10 /25

Key North Correctional Recovery Program
Residents Weekly Schedule

| Day/Time | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| 0600 | Lights ON | Lights ON | Lights ON | Lights ON | Lights ON | Lights ON | Lights ON |
| 0630 | Breakfast | Breakfast | Breakfast | Breakfast | Breakfast | Breakfast | Breakfast |
| 0700 | Count | Count | Count | Count | Count | Count | Count |
| 0740 | Shower & Shave | Shower & Shave | Shower & Shave | Shower & Shave | Shower & Shave | Shower & Shave | Shower & Shave |
| 0800 | Count | Count | Count | Count | Count | Count | Count |
| 0830 | Education | Education | Education | Education | Education | | |
| 0830 – 0900 | Inspection  AM Meeting | Inspection  AM Meeting  House I – Community Meeting | Inspection  AM Meeting | Inspection  AM Meeting  House II – Community Meeting | Inspection  AM Meeting | AM Meeting | AM Meeting |
| 0900-1100 Session I | House I & II Committees  Testing for Phase Movement | House II All Phases Peer Awareness  House I Commissary | House I All Phases Peer Awareness  House II Commissary | House I & II All Phases | All Phases  Recreation Recovery Activities Committees | House I & II Phase I only Seminar | Individual Counseling |
| 1130 | Count | Count | Count | Count | Count | Count | Count |
| 1200 | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch |
| 1300-1430 Session II | House I & II All Phases | House II All Phases Self Discovery | House I & II All Phases | House I All Phases Self Discovery | House I & II All Phases Learn to Deal | House I & II Phase I only Intro to 12 Steps | Recovery Activities  Journaling  Free Time |
| 1500 & 1600 | Count | Count | Count | Count | Count | Count | Count |
| 1615 | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner |
| 1700-1730 | Committee Meeting | Individual Counseling | Committee Meeting | Individual Counseling | Committee Meeting | Individual Counseling | Individual Counseling |
| 1730-1830 | Individual Counseling | House I & II AA/NA | House I & II AA/NA | House I & II Phase III - RePac | House II only AA/NA | House I only AA/NA | House I & II AA/NA |
| 1800-1930 | | | | | House I Recreation | House II Recreation | |
| 2000-2030 | PM Meeting | PM Meeting | PM Meeting | PM Meeting | PM Meeting | PM Meeting | PM Meeting |
| 2300 | Lights OFF | Lights OFF | Lights OFF | Lights OFF | Lights OFF | Lights OFF | Lights OFF |

9/2/2004

2.  and unusual punishment by not affording Petitioner his right to breath good clean air and exercise,

3.  And finally, defendants denied Plaintiff in the Key Program North, of life, liberty or property, without due process of law, and denied Plaintiff within its jurisdictio the equal protection of the law.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of november, 2006.

Raymond L. Bruton
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

## STATEMENT OF FACTS

On August 30, 2005, Petitioner sign a contract to follow the rules and regulation of the Key(n) Program, upon Petitioners daily schedule, no rules of recreation were included in the normal routine of morning and afternoon classes that we as residents faithfully had to attend.

Petitioner has a history of chronic High Blood Pressure. Petitioner take High Blood pressure medicine daily. Petitioner has als been diagnose for diabetes# 2 and Petitioner takes diabetes medicine twice a day.

Because Petitioner was not allowed outside for fresh air on a daily basis nor allowed to go to the gymm for exercise on a daily basis, petioner's health suffered. Petitioner graduated the Key Program (N). Petitioner was in the Key (N) Program from August 30 2005, until May 26, 2006. Petitioner actually left the Key (N) Pr Program on July 8, 2006. During that entire period, Petitioner wa was allowed to go to the exercise yard around (7) to (8) times in the Key(N) Program. Furthermore, Petitioner was allowed to the Gym no more than 10 times during his stay in the Key(N) Program.

Petitioner complain to everyone. Petitioner wrote grievances and petition the Key(N) Program's staff. However, no body would a allow the Key Residents to exercise outside in the exercise yard or go to the gym on a normal day to day, 1 hour recreation schedule as petitoner should have had because of Petitioners chronic sickness. Exercise is an important part of Chronic illness, 1/ half hour of walking a day, the doctors orders, Petitioner to do. The only walking Petitioner was allowed to do was walking to the groups in the Key arena and back to Petitioners bunk in the Dorm# 1 an Dorm# 1area, when Petitionet was moved for their own persona reason.

The Dorm# 1 and Dorm# 2 were totally without any air from the outside. The windows were closed up no one could get a good direc view from outside an no sunshine what so ever. We were notallowed to have a radio and the TV we had was taken so often, you got use to not viewing a TV at all.

The eleven months Petitioner was living in the Key(N) Dorm#1 and Dorm#2 were eleven of the worst months in Petitioner's life. Petitioners medicine was increased because of the lack of exercise. Petitioners body suffered with weight gain which is not good for a chronic patient to have because of the lack of exercise.

The Key(N) Program Director blame DOC for the lack of exercise provided to the Dorm#1 and Dorm#2, Director Jay Sylvester explain

302 577 3266        Public Defenders Office                    07:35:01   05-03-2007        8/25

that DOC controlled the daily exercise which the residents were allow to have; And we had to live with it on the conditions. Never fully understanding whether DOC was at fault for the none committement to exercise or was it the civil Genics Program for their lack of care in providing leadership which would have concern itself with the Key(N) problem of no exercise outside or in the Gym during the period of August 30, 2005, to July 8, 2006.

*Raymond L. Bruton*
Raymond L. Bruton
SBI# 069025 Unit 2-Q-21
H.R.Y.C.I., POBox 9561
Wilmington, DE 19809

Date: November 28, 2006

302 577 3266        Public Defenders Office                          07:36:01   05-03-2007      11 /25

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
OFFICE OF THE GRIEVANCE CHAIRPERSON
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate _Raymond Bruton_ Dorm _I_

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:     _2-27-06_

RE:        YOUR RECENT GRIEVANCE #06- _23736 gmp_

This memo is to inform you that the grievance submitted by you dated _2-26-06_, regarding _attitude correction_ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

_X_ This is an issue/complaint that has already been grieved by you or another inmate. _06-23741_

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

\_\_\_\_ Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

\_\_\_\_ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

\_\_\_\_ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

\_\_\_\_ Other: Requests are not processed through the grievance procedure.

\_\_\_\_ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:    file