IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND L. BRUTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECTOR JAY SYLESTER, et al.,)<br>)<br>Defendant. ) | Civ. No. 06-736-SLR |

NOTICE OF DISMISSAL

Plaintiff Raymond L. Bruton, an inmate at the Howard R. Young correctional Institution is filing this Motion to vol-untarily dismiss this case without prejudice pursuant to Fed. R. Civ. P. 41 (a), C.A. No. 06-736-SLR.

Raymond L. Bruton
SBI# 069025 Unit 2T-Pod
H.R.Y.C.I.
P.O.Box 9561
Wilmington, DE 19809

Dated: June 25, 2007



FILED
JUN 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND L. BRUTON, | ) |
| | ) |
| Plaintiff, | ) C.A. No, 06-736-SLR |
| | ) |
| v. | ) |
| | ) |
| RUSSELL D. BUSKIRK, | ) |
| CMS MEDICAL DIVISION, | ) |
| DIRECTTOR JAY SYLVESTER, | ) |
| WARDEN RAPHAEL WILLIAMS and | ) |
| COMMISSIONER STANLEY W. | ) |
| TAYLOR, JR., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 26th day of June, 2007 that two true and correct copies of this Motion to voluntarily dismiss this case without prejudice pursuant to Fed. R. Civ. P. 41 (a), C.A. No. 06-743-SLR., and 06-736-SLR. is sent to :

To: Carla P. Maresca, Esquire
    1800 John F. Kennendy Boulevard
    Suite 1300
    Philadelphia, PA 19103

                                    Raymond L. Bruton
                                    SBI# 069025 Unit 2T-Pod
                                    H.R.Y.C.I.
                                    P.O.Box 9561
                                    Wilmington, DE 19809

Dated:  June 26, 2007

Mr. Raymond L. Bruton
SBI# 069025 Unit 2T-Pod
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809

WILMINGTON DE 197
27 JUN 2007 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570



USA First-Class